IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CONTRINA D. DIGGS, | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | * |
| | *   CIVIL ACTION NO. 22-00216-B |
| KILOLO KIJAKAZI, | * |
| Acting Commissioner of | * |
| Social Security, | * |
| | * |
|     Defendant. | * |

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income be **AFFIRMED.**

**DONE** this **4th** day of **April, 2023.**

                                            **/s/ SONJA F. BIVINS**
                                **UNITED STATES MAGISTRATE JUDGE**